IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

MANUEL ANTONIO MORENO,

      Appellant,

v.

      Case No. 5D21-3124
      LT Case No. 2020-00376-CF

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed November 29, 2022

Appeal from the Circuit Court
for Putnam County,
Howard O. McGillin, Jr., Judge.

Matthew J. Metz, Public Defender,
and Steven N. Gosney, Assistant
Public Defender, Daytona Beach, for
Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Kaylee D. Tatman,
Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

      AFFIRMED.

LAMBERT, C.J., EVANDER and EISNAUGLE, JJ., concur.